In the Matter of the CITY OF NEW YORK, Appellant, Relative to the Closing and Discontinuance of a Portion of 12th Avenue from West 55th Street to West 57th Street, in the Borough of Manhattan.

EDGAR T. APPLEBY et al., Respondents.

In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Widening of East River Drive between Designated Streets in the Borough of Manhattan.

GEORGE W. CORNELL, as Administrator, with the Will Annexed, of the Estate of WILLIAM H. SCHMOHL, deceased, as Assignee, Respondent.

Argued June 12, 1945; reargument ordered December 6, 1945.

*Ignatius M. Wilkinson, Corporation Counsel (Louis M. Weintraub, Julius Isaacs, Leo Brown* and *Samuel K. Handel* of counsel), for appellant in first above-entitled action.

*Edward R. Finch, Thomas F. Powers* and *Banton Moore* for respondents in first above-entitled action.

*C. Elmer Spedick* for Title Guarantee and Trust Company, *amicus curiæ,* in support of respondents' position in first above-entitled action.

*Ignatius M. Wilkinson, Corporation Counsel (Louis M. Weintraub, Julius Issacs* and *Leo Brown* of counsel), for appellant in second above-entitled action.

*C. Elmer Spedick* for respondent in second above-entitled action.

Reargument ordered. Cases set down for argument during January, 1946, session.